UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00473-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

3. ARACELI HERNANDEZ,

 Defendant.

_____

**ORDER**
_____

 This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the trial, it is

 ORDERED that all pretrial motions shall be filed by **Wednesday, August 8, 2007**, and responses to these motions shall be filed by **Monday, August 20, 2007**. It is

 FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Thursday, August 30, 2007, at 4:00 p.m.** It is

 FURTHER ORDERED that a four-day jury trial is set to commence **Monday, September 10, 2007, at 9:00 a.m.**

 Dated: July 11, 2007

           BY THE COURT:

           s/ Wiley Y. Daniel
           Wiley Y. Daniel
           U. S. District Judge