IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | January 18, 2008 | Probation: | Doug Randolph |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Kara Spitler | | |

_____

Criminal Case No: **06-cr-00473-WYD**        Counsel:

UNITED STATES OF AMERICA,                    Guy Till

      Plaintiff,

v.

**1. ARCELI HERNANDEZ**,                     Lisa A. Polanski

      Defendant.

_____

## SENTENCING
_____

| | |
|---|---|
| **11:12 a.m.** | Court in Session - Defendant present (in-custody) |
| | **Change of Plea Hearing - October 11, 2007** |
| | **Plea of Guilty - count one of Superseding Indictment** |
| | APPEARANCES OF COUNSEL. |
| | Court's opening remarks. |
| 11:13 a.m. | Statement on behalf of Defendant (Ms. Polanski). |
| 11:15 a.m. | Statement on behalf of Government (Mr. Till). |
| 11:19 a.m. | Statement on behalf of Defendant (Ms. Polanski). |
| 11:22 a.m. | Statement by Defendant on her own behalf (Ms. Hernandez). |
| | Court makes findings. |

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (#121 - 1/7/08) is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Government's Motion for Downward Departure (#122 - 1/7/08) is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **31** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) Defendant shall participate in a program of testing and treatment for alcohol and drug abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

Judge Wiley Y. Daniel
06-cr-00473-WYD - Sentencing Minutes

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss Remaining Counts of the Superseding Indictment (#120 - 1/7/08) is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility with the Residential Drug Abuse Program (R.D.A.P.) and be allowed to participate in that program.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:29 a.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 0:17**