IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00473-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  ARACELI  HERNANDEZ,

    Defendant.

---

**ORDER**

---

Upon consideration of the *Government's Motion and Notice of Sentencing Factors*, filed on January 7, 2008, and for good cause shown, it is

ORDERED that the Government's motion is granted and, pursuant to Section 3E1.1(b) of the Sentencing Guidelines, the Defendant, Araceli Hernandez, is granted a three-level decrease in the offense level for a timely acceptance of responsibility.

DATED this 18th day of January, 2008.

                                        BY THE COURT:


                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        UNITED STATES DISTRICT JUDGE