IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00473-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. ARACELI HERNANDEZ,

    Defendant.

---

**ORDER**

---

Comes on this day to be considered the Government's Fed. R. Crim. P. 48 Motion to Dismiss Remaining Counts of the Superseding Indictment in the above captioned case as to Defendant Araceli Hernandez. The defendant entered a plea of guilty to Count One. Having considered the motion the Court finds there are good grounds to grant the motion. It is hereby

ORDERED that count Two of the Superseding Indictment is hereby DISMISSED as to defendant Araceli Hernandez.

DATED this <u>18th</u> day of January, 2008.

                BY THE COURT:

                s/ Wiley Y. Daniel
                JUDGE WILEY Y. DANIEL
                UNITED STATES DISTRICT JUDGE